IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK MOHAN,<br><br>    Plaintiff<br><br>    v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>    Defendant | Case No. 3:18-cv-01674-AWT |

**JOINT MOTION TO POSTPONE COURT DEADLINES PENDING JUNE 4, 2019
MEDIATION; PROPOSED ORDER**

The parties have agreed to attempt to resolve this case through private mediation, scheduled for June 4, 2019 (the first date the agreed-upon mediator was available). To allow the parties to focus their efforts on trying to resolve the case, the parties jointly move the Court for an order postponing all deadlines until after the mediation.

Presently, Defendant must file a motion to seal the record by March 25, 2019, and the parties must submit the Form 26(f) Report of the Parties' Planning Meeting the same day. By the Court's order dated January 14, 2019 (ECF No. 24), cross-motions for summary judgment are due within 120 days of the Court ruling on the motion to seal. The parties propose that the Court vacate these deadlines and that the parties instead be required to file either a Notice of Settlement, or the Form 26(f) Report of the Parties' Planning Meeting and Defendant's motion to seal the record, shortly after the mediation (by June 21, 2019). Cross-motions for summary judgment shall remain due 120 days after the Court rules on Defendant's motion to seal.

1

Dated:  March 7, 2019

| *Attorneys for Plaintiff Mark Mohan* | *Attorneys for Defendant Aetna Life Insurance Co.* |
|---|---|
| By: <u>s/ Bruce D. Jacobs</u><br>Bruce D. Jacobs<br>Federal Bar No. ct12191<br>Jacobs & Jacobs, LLC<br>700 State Street, 3rd Floor<br>New Haven, CT  06511<br>Ph: 203-777-2300<br>Fax: 203-773-8075<br>Email: bjacobs@jacobs-jacobs.com | By: <u>s/ Scott K. Pomeroy</u><br>Scott K. Pomeroy<br>Federal Bar No. ct30285<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>One Boston Place, Suite 3500<br>Boston, MA  02108<br>Ph: 207-387-2961<br>Fax: 207-387-2986<br>Email: scott.pomeroy@ogletree.com |

## **PROPOSED ORDER**

The Court has reviewed the joint motion to postpone Court deadlines pending the June 4, 2019 mediation.  The Court finds good cause for the motion.  Thus, it is ordered that all prior-issued deadline are vacated.  The Court further orders that by June 21, 2019, the parties shall file either a Notice of Settlement or the Form 26(f) Report of the Parties' Planning Meeting.  If the case is not resolved, Defendant shall also file a motion to seal the administrative record by June 21, 2019.  Cross-motions for summary judgment shall remain due 120 days after the Court rules on Defendant's motion to seal.

IT IS SO ORDERED.

DONE IN CHAMBERS THIS ___ day of March, 2019.

_____
HONORABLE ALVIN W. THOMPSON
U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that on March 7, 2019, I electronically filed the within document using the CM/ECF system which will send notification of such filing(s) to the following:

Bruce D. Jacobs
Jacobs & Jacobs, LLC
700 State Street, 3rd Floor
New Haven, CT 06511
bjacobs@jacobs-jacobs.com

*ATTORNEY FOR PLAINTIFF MARK MOHAN*

Dated:  March 7, 2019

                                       /s/ Scott K. Pomeroy
                                       Scott K. Pomeroy

37656728.1